MANSFIELD, Justice
(specially concurring).
On remand, the parties should address, and the district court should determine, whether Senate File 448 applies to the resentencing proceeding. See 2015 Iowa Acts ch. 65 § 1 (to be codified at Iowa Code § 902.1(2)); see also id. § 5 (providing that “[t]he sentencing provisions of this Act shall apply to a person who was convicted of a class ‘A’ felony prior to, on, or after the effective date of this Act and who was under the age of eighteen at the time the offense was committed”); Horsley v. State, 160 So.3d 393, 405-09 (Fla.2015) (applying post-Miller v. Alabama, 567 U.S. -, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012), sentencing legislation to a defendant who was originally sentenced before Miller); State v. Castaneda, 287 Neb. 289, 842 N.W.2d 740, 760-62 (2014) (same); In re McNeil, 181 Wash.2d 582, 334 P.3d 548, 552-54 (2014) (en banc) (same).
WATERMAN and ZAGER, JJ., join this special concurrence.